IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:24-CR-00177-TNM |
|  | : |  |
| .v. | : | 18 U.S.C. § 231(a)(3) |
|  | : |  |
| JASON HOWLAND, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jason Howland, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      In December 2020 and January 2021, Howland controlled the Twitter account @Jason_Howland. Howland tweeted from that account numerous times referencing the Joint Session of Congress that was meeting to certify the Electoral College votes on January 6, 2021.

9.      On January 5, 2021, Howland exchanged text messages with Individual 1 about the U.S. Senate runoff election in Georgia happening that day. Howland wrote to Individual 1: "Stopped counting in the senate race. Same as last time. War. That's it. War. Nothing else. Whoever doesn't is the enemy," then wrote "Now they called Warnock." Seconds later, over three successive messages, Howland wrote "War" "War" "War." Individual 1 responded: "Chill out

wait and see how this plays out." Howland responded: "I've been waiting. Fuck that." Individual 1 responded: "No one wants to go to war tomorrow. Just wait and see," to which Howland replied "I do. I am."

10.     On January 6, 2021, Howland joined a large group of rioters that assembled at the base of the Northwest Scaffolding. U.S. Capitol Police officers had formed a police line to prevent unauthorized individuals from entering the Northwest Scaffolding. Rioters directly in front of the police line began to assault officers and attempt to overrun the police line. Howland observed this, and, in response, turned to the crowd behind him and yelled "let's go" and waved his arm forward twice. Immediately after Howland yelled "let's go," he and other rioters began to push forward, overrunning the police line and advancing toward the Capitol. As Howland advanced forward with the crowd, he pushed on the back of individuals in front of him. Howland's conduct obstructed, impeded, and interfered with U.S. Capitol Police officers lawfully engaged in the lawful performance of their official duties, incident to and during a civil disorder. Howland's conduct likewise obstructed, impeded, and interfered with the U.S. Secret Service's lawful function, namely protecting the Vice President and his immediate family, incident to and during a civil disorder.

11.     Howland advanced to the Upper West Terrace, then entered the U.S. Capitol at approximately 2:17 p.m. through the Senate Wing Door.

12.     Howland then entered the U.S. Capitol's Crypt, where he observed another police line of U.S. Capitol Police officers attempting to prevent rioters from advancing further into the Capitol. While in the Crypt, rioters including Howland chanted. Also, while in the Crypt, Howland watched as other rioters assaulted officers and overran the police line.

13.     At approximately 2:20 p.m., while inside the Crypt, Howland received and read a message from Individual 2 telling him that "Congress in session just figured out u guys are there and went running out of the session. Now on recess n house on lockdown."

14.     At approximately 2:51 p.m., Howland entered the Capitol Rotunda. While in the Rotunda, Howland observed a line of Washington, D.C. Metropolitan Police Department officers and U.S. Capitol Police officers who had entered the Rotunda and were attempting to clear out rioters from the Rotunda. In response, Howland approached the police line.

15.     At approximately 3:06 p.m., Howland entered the East Foyer. As he entered, he yelled at a group of U.S. Capitol Police officers.

16.     Howland exited the U.S. Capitol at approximately 3:17 p.m. In total, Howland was inside the Capitol for approximately one hour.

17.     After leaving the Capitol, Howland remained on the East Plaza. There, he yelled at police officers who were arriving in response to the riot.

18.     At approximately 5:28 p.m., Individual 1 texted Howland asking whether antifa had broken into the Capitol. Howland replied "I'm not going to tell you who specifically. It wasn't antifa. It was patriots," then added in a successive message "No. Not Antifa. For a fact." When Individual 1 told Howland: "Well everyone on Twitter and all over is assuming it was Antifa. So that's awesome," Howland replied "Good. Congress knows who it was."

### *Elements of the Offense*

19.     The parties agree that 18 U.S.C. § 231(a)(3) requires the following elements:

    a.  First, the defendant knowingly committed or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.

b.  Second, at the time of the defendant's actual or attempted act, the law enforcement

officer or officers were engaged in the lawful performance of their official duties

incident to and during a civil disorder.

c.  Third, the civil disorder in any way or degree obstructed, delayed, or adversely

affected commerce or the conduct or performance of any federally protected

function.

### *Defendant's Acknowledgments*

20.     The defendant knowingly and voluntarily admits to all the elements as set forth

above.  Specifically, the defendant admits that:

a.  First, he knowingly committed an act with the intended purpose of obstructing,

impeding, or interfering with one or more law enforcement officers.

b.  Second, at the time of the defendant's act, the law enforcement officer or officers

were engaged in the lawful performance of the official duties incident to and during

a civil disorder.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____

TERENCE A. PARKER
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

## DEFENDANT'S ACKNOWLEDGMENT

I, Jason Howland, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/23/2024

Jason Howland
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/23/2024

Sean Tilton
Attorney for Defendant