# Attachment 1

*Letter – Jason Howland*

Dear Honorable Judge McFadden:

Reference: United States of America v. Jason Howland

Case no. 1:24-cr-177

Sentencing Date: January 10, 2025

I am writing this letter on behalf of myself, Jason J Howland. I take responsibility for my actions. I learned something I should've known about myself. If I had, I could've avoided this whole thing, but I didn't. That responsibility falls squarely upon me. The realization is that it is not good for me to be involved in events where there is a capacity for the crowd to get out of control. For a long time I had questioned how seemingly average people got involved things like this. I had seen the stories and asked myself how people could be so foolish. Then, I was there, and it was different. I was the fool. Reflecting as I drove home that day, my perspective changed. My ability to govern myself was lost in the crowd that day, and now I understand how that can happen. In light of this realization I have made the decision to stay away from protests of any kind which I have done since that day.

The impact of my behavior is not lost on me. Though I was not violent, my presence in the building made it more difficult for law enforcement and others to perform their lawful duties. For this I apologize. I can say with sincerity that I will not allow myself the opportunity to be in this position again. I have a history of learning from mistakes and making positive changes in my life, which have led me to help others make positive changes as well.

As is evident from my far-gone history, I was able to get clean from using serious drugs These drugs had an obvious impact on my behavior. Early along that path I found God, and began to take an interest in self-education. I found a sales job, and saw the impact it had on my life, both financially, and in other ways. So, I dedicated myself to becoming an authority on the subject; to help it impact others in the same way it had impacted me. I have since created an entire training system, used by dozens of companies to hire and train new salespeople. The impact it has had on others is very humbling. Since my arrest in this case, I have also written and published a book that tells the story of my recovery and teaches others how to master the sales trade. I am proud to say it is starting to sell on Amazon and in several online bookstores. The audio version of the book is in editing now. My purpose is to help others realize their God-given potential. Many of those people have been former addicts, who've learned life is not over after addiction, but it's just beginning. No matter what the outcome, I will use what I've learned through this experience to help others live better, more complete lives.

As for the matter of sentencing, the impact of this will be felt more by others than me. I have a wife and three children still living at home, three grown children, a son-in-law, and grandson, who all count on me in many ways. In the home, I am the majority breadwinner. I am intricately involved with my family, as any husband and father is. I am the spiritual leader in the home. We read the Bible together, and I read it to our youngest, every night. My wife, Angela, has health needs that I help with, and I play a significant role in the schooling of our 6-year-old daughter. If incarceration is necessary, the effect on my family will be profoundly negative. I realize that this is my fault, but I have already put them through more than I should have with this arrest. I wish I could take it all back.

There are many in the business community that rely on me for training and consulting. Since the offense, I have also become a partner in a home remodeling company. I oversee all of the marketing as

well as the sales team. I am a key part of the business. We employee thirteen people, who count on me to help make sure payroll is in the bank every Friday. I am also a spiritual leader in the business. If incarcerated, the impact on my company and other business associates will be profound as well.

      The only thing I can ask for is your mercy. I am not in your shoes, Your Honor, and you know better than me what to do in this case. I understand that.

Thank you for your consideration,

Jason Howland