# Attachment 2

*Letters of Support*

11/7/2024

Honorable Trevor N. McFadden

Dear Honorable McFadden:

Reference: United States of America v. Jason Howland
Case no. 1:24-cr-177
Sentencing Date: January 10, 2025

Your Honor, My name is Angela Howland. I am writing this letter on behalf of my husband, Jason Howland, whom I have been married to for 10 years. As his wife, I am grateful to share the profound impact he has had on our family, our business, and our community. I humbly ask you to consider this impact as you evaluate his case.

My husband is a Christian man who takes his faith and values seriously. Having overcome significant struggles in his own past, he now dedicates his life to giving hope and opportunity to others who might otherwise feel lost. He co-founded our business with a fellow recovering addict, and together they have built more than just a company—they have created a supportive community. Many of our employees have walked similar paths, and thanks to my husband's unwavering strength, guidance, and compassion, they have been able to turn their lives around. Our business is more than a livelihood; it's a place of healing and growth.

As a father and leader, my husband is both wise and strong. He holds our children and our team accountable, inspiring them to strive for success through hard work and resilience. The positivity and stability he brings to our home and workplace have shaped our children into respectful, strong-minded individuals. For our family, friends, and employees, he is truly the rock on which we all depend. His absence would be a devastating blow, both emotionally and financially.

In the years we have been together, I have watched my husband transform countless lives with his kindness, generosity, and faith. People often say they are better for knowing him, and I could not agree more. I am deeply saddened that he is facing this situation, as his presence is essential not only to our family but to the broader community we support through our business.

I understand the seriousness of these proceedings and the responsibility of the court in upholding justice. I only ask that you consider the good my husband continues to bring to others and the many lives that would be impacted by his absence. Our family and our business need him; he is our foundation, our strength, and the heart of our shared mission to make society a better place.

Thank you for taking the time to read this letter and for your consideration of my husband's case.

Respectfully,

*[signature]*

Angela Howland

Dear Honorable McFadden;

    Reference: United States of America v. Jason Howland
    Case no. 1:24-cr-177
    Sentencing Date: January 10, 2025

My name is James Howland father of Jason Howland. I'm retired, I worked in construction for 40 years. Jason is a Christian man who is growing every day to benefit society. He has started a growing business keeping many people employed and it seems to be growing and having a positive effect on many people. I think his impact is a wonderful thing for his community.

Dear Honorable McFadden:

Reference: *United States of America v. Jason Howland* Case no. 1:24-cr-177

I appreciate the opportunity to share my perspective on Mr. Jason Howland in relation to the case before you. My name is Jeremiah Campbell, and I am a business owner who first met Mr. Howland through mutual connections, where he became an influential sales coach and mentor to my entire organization. In every role he has taken, Mr. Howland has proven himself as a strategic and dedicated leader. He has never missed or been late to any of his commitments, showcasing his reliability and professionalism.

Beyond our professional relationship, I am proud to consider Mr. Howland a friend. As the Treasurer of Face Addiction Now, formerly known as Families Against Narcotics, I hold several community positions where I advocate for the betterment of others. Through these roles, I have come to understand the significance of true rehabilitation and growth.
I firmly believe that Mr. Howland has already undergone significant rehabilitation. His actions and character reflect a person who has transformed and emerged as a positive force in the community. He takes great pride in mentoring, leading, and coaching youth, with a particular focus on those who face difficult life challenges. Mr. Howland has shared with me his passion for working with troubled youth, and his commitment has resulted in life-changing impacts on countless individuals. Through his guidance, many young people have found hope and direction, enabling them to forge better paths for themselves.

I respectfully ask that Your Honor extend grace and allow Mr. Howland the opportunity to continue his invaluable work in the community. I am confident that with your understanding, Mr. Howland will continue to make a meaningful difference and inspire others with his dedication to mentorship and leadership.
Thank you for considering my statement.


Jeremiah Campbell

Dear Honorable McFadden,

Reference: United States of America v. Jason Howland
Case no. 1:24-cr-177
Sentencing Date: January 10, 2025

My name is Parker and I have had the pleasure of knowing Mr. Howland for over a year now. I am a sales rep at a brick paving company which I have been working at for a year. I attend a local church with my wife where we involve ourselves with weekly church services and bible studies, and doing evangelistic outreach within our community shining the light of Jesus everywhere we go. I first met Mr. Howland at the sales training that he leads at the company I work for. I would see him every Tuesday morning and have had many great conversations shared with him. I have also had the opportunity of joining a bible study, earlier in the year, where we have further cultivated our relationship with each other.

I have seen how great of a man of God, business owner, and salesman that he is and how he always redirects all of his accomplishments and credits everything he does to Jesus Christ. I believe that Mr. Howland is fully capable of rehabilitation and has learned a valuable lesson from the things that he has done. I know that he is a huge asset to the community as he is a great leader full of love and compassion, and is driven by a strong desire to keep growing in his relationship with Jesus Christ everyday. I would be very honored if any of my friends or family had a chance to meet Mr. Howland due to his intelligence and willingness to help anyone in need which is part of his heart posture that I believe can only be given by the power of God.

I am aware that I have no jurisdiction over Mr. Howland and what is to come of his case, but I can say that I would be very heartbroken not being able to see him and communicate with him due to him being sentenced and sent to jail. I greatly appreciate you for hearing my perspective of Mr. Howland, and giving me this opportunity to express my beliefs about him. Ultimately, I pray for God's will to be done in this case and I know that Mr. Howland would desire the same thing.

Respectfully,

*[signature]*

Parker